# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JESUS DIAZ, | )<br>) |
| Plaintiff, | ) Case No. 15-cv-7617 |
| v. | )<br>) |
| | ) Judge Rebecca R. Pallmeyer |
| THOMPSON & SONS AUTO WRECKING & TOWING, INC. d/b/a THOMPSON & SONS AUTO PARTS and KENNETH THOMPSON, individually, | )<br>) Magistrate Judge Sidney I. Schenkier<br>)<br>)<br>) **Jury Trial Requested** |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE TO AUTOMATICALLY CONVERT TO DISMISSAL WITH PREJUDICE ON APRIL 6, 2018

Plaintiff JESUS DIAZ and Defendants THOMPSON & SONS AUTO WRECKING & TOWING, INC. d/b/a THOMPSON & SONS AUTO PARTS and KENNETH THOMPSON, individually, through their respective counsels, hereby agree and stipulate to the following:

1. The above case is hereby dismissed without prejudice with leave to move on or before April 6, 2018 to (1) seek enforcement of the Settlement Agreement, or (2) to extend the time for filing a motion to reinstate for failure to comply with the Settlement Agreement.

2. In the event a motion under Paragraph 1 above is not filed by April 6, 2018, the dismissal becomes final and with prejudice thereafter without further order of the Court.

3. Each party shall bear its own attorneys' fees and costs, except as otherwise agreed between the parties in the Settlement Agreement.

Dated: August 2, 2016

| | |
|---|---|
| JESUS DIAZ,<br><br>By:<br>_____/s/ Bethany Hilbert_____<br>Marty Denis<br>Bethany Hilbert<br>Barlow, Kobata & Denis LLP<br>525 West Monroe St., Suite 2360<br>Chicago, Illinois 60661<br>Phone: (312) 648 – 5570<br>Fax: (312) 648 -9697<br><br>Attorneys for Plaintiff | THOMPSON & SONS AUTO WRECKING & TOWING, INC. d/b/a THOMPSON & SONS AUTO PARTS and KENNETH THOMPSON,<br><br>By:<br>____/s/ Christina A. Papavasiliou_____<br>Christina A. Papavasiliou<br>180 N. LaSalle St., Ste. 3700<br>Chicago, IL 60601<br>Phone: (312) 379-9580<br>Fax: (312) 264-0813<br><br>Attorneys for Defendants |